MARGARET HALL, APPELLEE, v. CITIZENS STATE BANK OF SUPERIOR, APPELLANT.

FILED JULY 3, 1930. No. 27345.

*C. M. Skiles* and *I. D. Beynon,* for appellant.

*Bernard McNeny, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Nuckolls county seeking to impress a trust upon the assets of defendant bank for the amount of a cashier's check issued by the bank while it was a going concern. The trial court found for plaintiff and defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.